UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-10-1H

FILED
JAN 27 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY____KM____ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| ) | |
| DESIREE BOLYARD ) | |

The United States Attorney charges:

On or about February 6, 2014, in the Eastern District of North Carolina and elsewhere, DESIREE BOLYARD, the defendant herein, did travel in interstate and foreign commerce for the purpose of engaging in an any illicit sexual conduct, as defined in Title 18, United States Code, Sections 2423(f), with another person, in violation of Title 18, United States Code, Section 2423(b).

THOMAS G. WALKER
United States Attorney

*[signature]*
BY: MARK J. GRIFFITH
Special Assistant U.S. Attorney
Criminal Division