

U. S. Department of Justice

*Thomas G. Walker*
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*
*310 New Bern Avenue*
*Suite 800*
*Raleigh, North Carolina 27601-1461*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

**M E M O R A N D U M**

```
DATE:       January 21, 2015
REPLY TO    THOMAS G. WALKER, United States Attorney
ATTN OF:    MARK J. GRIFFITH
            Special Assistant United States Attorney

SUBJECT:    United States v. Desiree Bolyard
            No. 7:15-CR-10-H   -Southern Division

TO:         Julie A. Richards, Clerk
            United States District Court
            Eastern District of North Carolina
            Raleigh, North Carolina

CC:         United States Probation
            Raleigh, North Carolina

            United States Marshal Service
            Raleigh, North Carolina
```

Please issue a summons for the above-named defendant and place same, together with a certified copy of the Information, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Information to this office.

Summons should be returnable before a United States Magistrate Judge.