**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA**

**CRIMINAL SESSION COMMENCING
MONDAY, MARCH 2, 2015 @ 10:00 a.m.
GREENVILLE COURTHOUSE**

**THE HONORABLE MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE PRESIDING**

---

**PER SENIOR UNITED STATES DISTRICT
JUDGE MALCOLM J. HOWARD**:
**THE POLICY** for filing motions to continue: Any motion to continue must be filed by noon on the Wednesday preceding the court term beginning Monday, March 2, 2015. **No motions to continue,** filed after the Wednesday noon deadline, will be considered and counsel will be expected to appear for the hearing at the scheduled date and time.

---

*Please notify the Clerk's Office if an interpreter is required and this has not been noted on the calendar. Likewise, if an interpreter has been scheduled for your case and is not needed, please advise the Clerk's Office.*

---

**Magistrate Judge Kimberly A. Swank will conduct arraignments beginning Monday, March 2, 2015.**

**Senior Judge Malcolm J. Howard will conduct sentencings the following week at his regularly scheduled term on March 10, 2015.**

**All court will be held in the main courtroom in Greenville.**

1

# Arraignments - Monday, March 2, 2015 @ 10:00 am
# Magistrate Judge Kimberly A. Swank - Greenville Courtroom

**FORD**, Calvin Deonte                                          5:14-CR-254-2H
(Custody)
    AUSA: Edward Gray
    ATTY: Geoffrey Hosford

**de la Cruz**, Jose Felix Martinez                              5:14-CR-262-1H
*Spanish Interpreter Requested*
(Custody)
    AUSA: Sebastian Kielmanovich
    ATTY: Neil Morrison

**LEE**, Jeffory Jaelyn                                          5:14-CR-294-1H
(Custody)
    AUSA: Edward Gray
    ATTY: James Perry

**JENNINGS**, Shawnee Otto                                       7:14-CR-97-1H
(Custody)
    AUSA: Tobin Lathan
    ATTY: William E. Webb, Sr.

**UNDERDUE**, Calvin Coolidge                                    7:14-CR-115-1H
(Bond)
    AUSA: Glenn Perry
    ATTY: Brett Wentz

**SCHENCK,** Shawn                                               7:15-CR-2-1H
(Custody)
    AUSA: Leslie Cooley
    ATTY: Katherine Shea

**McLEAN**, Anthony Jerome                                       7:15-CR-2-2H
(Custody)
    AUSA: Leslie Cooley
    ATTY: Geoffrey Hosford

## Arraignments - Monday, March 2, 2015 @ 1:30 pm
## Magistrate Judge Kimberly A. Swank - Greenville Courtroom

**BATTISTE**, David Devonne     **4:14-CR-58-1H**
(Custody)
    AUSA: Carrie Randa
    ATTY: Robert Bell, III

**BRISTOW,** Mark Lovel     **5:14-CR-86-1H**
(Bond)
    AUSA: Robert Taylor
    ATTY: Robert Bell, III

**CHAMBERLAIN,** William Todd     **5:14-CR-128-2H**
(Bond)
    AUSA: Susan Menzer
           Lloyd Weems
    ATTY: Thomas Manning

**QUINN JR.**, James Calvin     **7:15-CR-2-3H**
(Custody)
    AUSA: Leslie Cooley
    ATTY: Hayes Ludlum

**ALFORD**, Corey Scott     **7:15-CR-2-4H**
(Custody)
    AUSA: Leslie Cooley
    ATTY: John Keating Wiles

**HARDIE JR.,** Harry Lane     **7:15-CR-2-5H**
(Custody - Currently BOP)
    AUSA: Leslie Cooley
    ATTY: Mark Herring

## Arraignments - Tuesday, March 3, 2015 @ 10:00 am
## Magistrate Judge Kimberly A. Swank - Greenville Courtroom

**BATTLE**, Dexter Dewayne 5:14-CR-204-1H
(BOP Custody)
    AUSA: James Kurosad
    ATTY: Cindy Bembry


**KING**, Claude 5:14-CR-220-1H
(Other Custody)
    AUSA: Jennifer Wells
    ATTY: Joseph Ross, II


**HOWARD**, Elerico Duran 5:14-CR-223-1H
(Custody)
    AUSA: Lawrence Cameron
    ATTY: Steven Hight


## Plea Pursuant to Criminal Information
## Tuesday, March 3, 2015 @ 10:00 am
## Magistrate Judge Kimberly A. Swank - Greenville Courtroom

**HOLLOWAY**, Tyler Montague 5:15-CR-35-1H
*Not in Custody - First Appearance*
    AUSA: Ethan Ontjes
    ATTY: Joseph Craven


**CORBETT**, James 7:15-CR-3-1H
*Not in Custody - First Appearance*
    AUSA: Barbara Kocher
    ATTY: Suzanne Little

**BOLYARD**, Desiree                              **7:15-CR-10-1H**
*Not in Custody - First Appearance*
    AUSA: Mark Griffith
    ATTY: Walter Paramore


**SEALED DEFENDANT**                              **5:15-CR-29-1H**
*Not in Custody - First Appearance*
    AUSA: Adam Hulbig
    ATTY: Nicole Waid

## Sentencings - Tuesday, March 10, 2015 @ 10:00 am
## Senior Judge Malcolm J. Howard - Greenville Courtroom

**WILLIAMS**, Cedric Sharrod     **5:14-CR-75-1H**
(Custody)
    AUSA: James Kurosad
    ATTY: William Webb, Jr.
    USPO: John Wasco

**AUTRY**, Cleo Brian     **5:14-CR-128-1H**
(Bond)
    AUSA: Susan Menzer
    ATTY: Thomas Hicks
    USPO: Stephen Roberts

**HARPER**, Deric Tyron     **5:14-CR-128-3H**
(Bond)
    AUSA: Susan Menzer
    ATTY: Tyran Jamail George
    USPO: Margarita Galvan

**COOK**, Jeffrey Arthur     **5:14-CR-133-1H**
(Bond)
    AUSA: Susan Menzer
    ATTY: Raymond Tarlton
    USPO: Jackie Leonard

**WALLS JR.,** Barry Lee     **5:14-CR-134-1H**
(Bond)
    AUSA: Susan Menzer
    ATTY: Gerald Beaver
    USPO: Stephen Roberts

6

Case 7:15-cr-00010-H   Document 11   Filed 02/18/15   Page 6 of 8

**Supervised Release Revocation Hearings**
**Tuesday, March 10, 2015 @ 1:00 pm**
**Senior Judge Malcolm J. Howard - Greenville Courtroom**

**GILLARD,** Cedric Marcque2:10-CR-35-1H
(Custody)
AUSA: John Bowler
ATTY: Susan Umstead
USPO: Lakesha Wright


**TOWNSEND,** Reginald Dwayne5:96-CR-157-16H
(Custody)
AUSA: John Bennett
ATTY: Susan Umstead
USPO: Keith Lawrence


**ROBERTSON**, Timothy Shawn5:00-CR-103-2H
(Not in Custody - Notice Issued)
AUSA: Frank Bradsher
ATTY: Susan Umstead
USPO: Erica Foy


**SIMUEL**, Tige7:05-CR-116-3H
(Not in Custody - Notice Issued)
AUSA: Roberto Ramirez
ATTY: Susan Umstead
USPO: Michael Brittain

## Sentencings - Wednesday, March 11, 2015 @ 9:00 am
## Senior Judge Malcolm J. Howard - Greenville Courtroom

**SMITH**, Nicko Ronday                                    2:13-CR-26-1H
(Custody)
    AUSA: Tobin Lathan
    ATTY: Thomas Manning
    USPO: Michael Panker

**ROMERO-LOPEZ**, Jose Jaime                               5:14-CR-117-2H
(Custody)
*Spanish Interpreter Requested*
    AUSA: Edward Gray
    ATTY: Patrick Roberts
    USPO: Mary Vann Roberson

**PENA-MATA**, Jose Marcelino                              5:14-CR-117-3H
(Custody)
    AUSA: Edward Gray
    ATTY: Richard Cannon, III
    USPO: Mary Vann Roberson

## Sealed Motion Hearing - Wednesday, March 11, 2015 @ 9:00 am
## Senior Judge Malcolm J. Howard - Greenville Courtroom

**ANDERSON**, Eric Darnelle                                5:13-CR-96-1H
(Defendant's presence not required)
    AUSA: Frank Bradsher
    ATTY: Robert Bell, III

End of Calendar