# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 7:15-cr-00010-H |
| | ) | |
| Desiree Bolyard | ) | |
| *Defendant* | ) | |



## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 03/03/2015

*Defendant's signature*

*Signature of defendant's attorney*

Walter H. Paramore, III
*Printed name of defendant's attorney*

*Judge's signature*

Kimberly A. Swank, United States Magistrate Judge
*Judge's printed name and title*