*Published 5/26/2015

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA

## CRIMINAL SESSION COMMENCING
## MONDAY, JUNE 8, @ 10:00 a.m.
## GREENVILLE COURTHOUSE

### THE HONORABLE MALCOLM J. HOWARD
### SENIOR UNITED STATES DISTRICT JUDGE PRESIDING

---

### PER SENIOR UNITED STATES DISTRICT
### JUDGE MALCOLM J. HOWARD:

**THE POLICY** for filing motions to continue: Any motion to continue must be filed by noon on the Wednesday preceding the court term beginning Monday, June 8, 2015. **No motions to continue,** filed after the Wednesday noon deadline, will be considered and counsel will be expected to appear for the hearing at the scheduled date and time.

---

*Please notify the Clerk's Office if an interpreter is required and this has not been noted on the calendar. Likewise, if an interpreter has been scheduled for your case and is not needed, please advise the Clerk's Office.*

---

Magistrate Judge Kimberly A. Swank will be conducting
Arraignments on Monday, June 8, 2015 in the
main courtroom in Greenville.

1

# Arraignments - Monday, June 8, 2015 @ 10:00 am
# Magistrate Judge Kimberly A. Swank - Greenville Courtroom

**GARDNER**, Emmanuel Jerome　　　　　　　　　　**4:14-CR-61-1H**
(Custody)
　　　AUSA: Erin Blondel
　　　ATTY: Myron Hill, Jr.


**KING**, Claude　　　　　　　　　　　　　　　　　　**5:14-CR-220-1H**
(Other Custody)
　　　AUSA: Jennifer Wells
　　　ATTY: Joseph Ross, II


**ROGERS**, Tyrone　　　　　　　　　　　　　　　　**5:15-CR-49-1H**
(Custody)
　　　AUSA: Dena King
　　　ATTY: Laura Beaver


**PARKER**, Donald Jerome　　　　　　　　　　　**5:15-CR-73-1H**
(Custody)
　　　AUSA: Dena King
　　　ATTY: Devon Donahue


**JENNINGS**, Shawnee Otto　　　　　　　　　　**7:14-CR-97-1H**
(Custody)
　　　AUSA: Tobin Lathan
　　　ATTY: William Webb, Sr.


**GIBBS**, Montez　　　　　　　　　　　　　　　　　**7:14-CR-110-1H**
(Custody)
　　　AUSA: Charity Wilson
　　　　　　　James Kurosad
　　　ATTY: Lauren Brennan

**KENWORTHY**, Tony Terry               7:14-CR-113-1H
(Other Custody)
    AUSA: Erin Blondel
    ATTY: Joseph Ross, II


**NEWKIRK**, Kelvin Jerome              7:15-CR-19-1H
(Custody)
    AUSA: Carrie Randa
    ATTY: Richard Croutharmel


**CREWS**, Shawn                        7:15-CR-43-1H
(Custody)
    AUSA: Jennifer Wells
    ATTY: Sonya Allen



**Plea to Criminal Information**
**Monday, June 8, 2015 @ 10:00 am**
**Magistrate Judge Kimberly A. Swank - Greenville Courtroom**

**CHILDRESS**, Orlando Rashaud          7:15-CR-2-7H
(Custody)
    AUSA: Leslie Cooley
    ATTY: Steven Hight

## Sentencings - Tuesday, June 9, 2015 @ 10:00 am
## Senior Judge Malcolm J. Howard - Greenville Courtroom

**GRAY JR.,** Donald Joseph                                    2:14-CR-15-1H
(Custody)
    AUSA: Rudy E. Renfer
    ATTY: Joseph Ross, II

**PHILLIPS**, Eric Lamont                                      5:14-CR-239-1H
(Custody)
    AUSA: Barbara Kocher
    ATTY: Diana Pereira

**FORD**, Calvin Deonte                                        5:14-CR-254-2H
(Custody)
    AUSA: Edward Gray
    ATTY: Geoffrey Hosford

**SPENCER**, Toraino Cardel                                    5:14-CR-254-4H
(Custody)
    AUSA: Edward Gray
    ATTY: Frank Harper, II

**LEE**, Jeffory Jaelyn                                        5:14-CR-294-1H
(Custody)
    AUSA: Edward Gray
    ATTY: James Perry

**COOK**, Jeffrey Arthur                                       5:14-CR-133-1H
(Bond)
    AUSA: Susan Menzer
    ATTY: Raymond Tarlton

**WALLS JR.,** Barry Lee                                       5:15-CR-134-1H
(Bond)
    AUSA: Susan Menzer
    ATTY: Gerald Beaver

## Sentencings - Tuesday, June 9, 2015 @ 1:00 pm
### Senior Judge Malcolm J. Howard - Greenville Courtroom

**AUTRY**, Cleo Brian                                    5:14-CR-128-1H
(Bond)
    AUSA: Susan Menzer
    ATTY: Thomas Hicks


**HARPER**, Deric Tyson                                  5:14-CR-128-3H
(Bond)
    AUSA: Susan Menzer
    ATTY: Tyran George


**HOWARD**, Elerico Duran                                5:14-CR-223-1H
(Custody)
    AUSA: Lawrence Cameron
    ATTY: Steven Hight


**HOLLOWAY**, Tyler Montague                             5:15-CR-35-1H
(Custody)
    AUSA: Ethan Ontjes
    ATTY: Joseph Craven


**BOLYARD**, Desiree                                     7:15-CR-10-1H
(Custody)
    AUSA: Mark Griffith
    ATTY: Walter Paramore, III

## Sentencings - Wednesday, June 10, 2015 @ 9:00 am
## Senior Judge Malcolm J. Howard - Greenville Courtroom

**de la CRUZ**, Jose Felix Martinez     5:14-CR-262-1H
*Spanish Interpreter Requested*
(Custody)
    AUSA: Sebastian Kielmanovich
    ATTY: Neil Morrison


## Supervised Release Revocation Hearings
## Wednesday, June 10, 2015 @ 9:00 am
## Senior Judge Malcolm J. Howard - Greenville Courtroom

**REYES**, Rene Miranda     4:12-CR-24-1H
(Custody)
    AUSA: Erin Blondel
    ATTY: Susan Umstead
    USPO: Lee Meeks

**HARRISON**, Michael Lavando     5:01-CR-203-1H
(Custody)
    AUSA: Jennifer Wells
    ATTY: Clarke Speaks
    USPO: Julie Rosa

**TART**, Zachary Caine     5:13-CR-252-1H
(Custody)
    AUSA: Susan Menzer
    ATTY: Robert Hale, Jr.
    USPO: Arthur Campbell

**VANCE**, Amber Renee     5:13-CR-306-2H
(Custody)
    AUSA: David Bragdon
    ATTY: Susan Umstead
    USPO: Dwayne Benfield

6

**ALLEN**, Shawn Jerome  5:14-CR-267-1H
(Custody)
    AUSA: Jonathon Holbrook
    ATTY: Susan Umstead
    USPO: Julie Rosa

End of Calendar