I, ███████ voluntarily submit this victim impact statement on **13 April 2015**.

Since my 13-year-old daughter (J.M.) was sexually exploited and victimized, by Mrs. Bolyard my life and my family have been changed forever. Before the crime, we had what seemed like a normal family. My little girl was a typical, healthy, happy teenager. Now, everything has changed.

Once NCIS began their investigation and all of the data and information collected I was led to believe that Mrs. Bolyard would not try to contact my daughter again. Ms. Bolyard even expressed remorse and shame for her actions. Her husband pleaded to keep her out of prison so she could care for her children. But it was all a lie! She is not sorry, she does not care for her family or, apparently, for mine.

To help protect my daughter, we removed her from Okinawa to leave behind the stigma of the case and give her a fresh start. But it was useless. After Ms. Bolyard's guilty plea we learned that she has secretly been in daily communication with our daughter, using third parties in Japan and the U.S. My daughter has informed us that Ms. Bolyard has reaffirmed her professed love, and that she will await Ms. Bolyard's promise to divorce her husband and leave her family upon release from prison so that they can be married.

My daughter is losing her childhood over all of this. After all the healing we have tried, I now find that we are back to square one, and this predator has continued to manipulate and dominate an innocent young girl. That predator has beat a wedge between our daughter and us. This is insanity. My hope is that my daughter will be protected from this woman once she is

behind bars – and that she will remain there long enough to undo some of the damage that has been done to my daughter.

My daughter is a young impressionable child.  She is not to blame.  She is the victim of a child predator, and there is no excuse for this.  I will never get back her innocence as it has been stolen.  I still love my girl and I wish she could see through all of this.  So I say this with all sincerity: "Ms. Bolyard, <u>leave my daughter alone and never communicate with her aga</u>in."  I just want my daughter to be normal again and have a chance at an innocent childhood.

My family continues to feel overwhelming mental anguish after learning how my daughter has been sexually exploited and used.  It is a pain that we re-live every day.  I am so blown away by how my daughter was taken in by this predator.  As a father, I am still lost, hurt, and I cannot begin to understand how deeply this has affected my daughter.  I can see that my daughter does not even understand the hurt that is still being done to her.  A 14-year-old should not have to deal with such heavy and inappropriate things, yet she has tried to assume responsibility for everything.  I cannot trust my daughter as my suspicions and fear about further contact with the predator have been confirmed.

Though we used to be close, my daughter is alienating our family, and she doesn't understand that we are trying to help her.  This causes more stress and heart break in our family.  I still do not sleep and I am exhausted.  I am still experiencing paranoia, anxiety, depression at times, and hyper vigilance.  Since the investigation began I have lost time from work life and my good quality family life to care for my daughter.  We are still seeking help through counseling to try to undo the damage to my daughter's emotions and well-being.  My

work, my family life, and my private life are still disrupted. This terrible crime has impacted every facet of our lives, and no father, or 14-year-old, should have to live through this. I have spoken to only one sibling in my family of this and avoid speaking to anyone else in my own family as this burden placed on me by this predator is not my families' responsibility. I feel I have failed as a father. I was afraid of the distance that sometimes occurs between teenage girls and their father, but now my relationship with my daughter has purposely been destroyed by this evil person. My wife and I cannot close doors on our house because of what has happened. I cannot find peace and solitude to go off in my own room and read a book or be on the other side of the house to watch a movie. I am constantly worried for my daughter.

I feel I have lost who my daughter was. My daughter was a very well-loved sweet little angel-of-a-girl that we cared for and looked after through sickness and health. I still love my girl more than I can express, but she is not the same. Someone stole her innocence. Every day I wish this would all go away and just be erased. I cannot stop thinking about the grooming process and what this predator has done to my daughter. She must be stopped or she will keep hurting my daughter, or maybe someone else's daughter. I do not wish this upon anyone.

Because of this situation, my wife has been forced to quit here Teachers Aid job at the elementary school. Because of the timing of the investigation, my wife was also not able to complete her requirements to become a certified teacher. This crime has also delayed my retirement plans, as we had wanted my wife to be employed as a teacher prior to my retirement. All these things resulted in a financial loss to this family and has degraded our quality of life. My wife has not been able to seek full time employment outside of the home

because my daughter requires constant care and supervision, similar to having a special-needs child. We are careful not to leave her alone because she has made suicidal statements and shows signs of depression.

My daughter has been abused and brain washed by this predator, and I want her back -- plain and simple. I cannot comprehend why a 30-some-year-old adult would take advantage of a 12 and 13-year-old girl, or why an adult would think it was ok to pressure a child into a sexual relationship. Now, I trust no one. It is also a crime against the government. The perpetrator needs to be punished to protect other children from becoming victims of these terrible crimes. My family did not ask for this. The hardest thing is that I have been told that my daughter may never recover.



I, ███████████, voluntarily submit this victim impact statement on **14 April 2014**.

My 13-year-old daughter was exploited by Desiree Bolyard. She has groomed my daughter to believe posing naked for pictures for her are a sign of love. Before this ordeal, my daughter and I were very close, but now her innocence is stripped away. She is revictimized every time someone looks at those pictures. Since this crime, my daughter has thrown away her relationship with her family and she now distrusts the people who most love and care for her.

Every morning when I wake up, I can't stop thinking about how my life has been changed by this. I have to remind myself that I have to get out of bed as I still have a family that needs me. Everyone in our family is still seeing counselors to repair the emotional damage we have experienced. I have been told by counselors that my daughter may never recover. This is a statement a mother should never have to hear. My daughter continuously blames herself and takes full responsibility for everything, even though she is just a child.

I fear my daughter may never find true love, or be able to experience a normal romantic relationship. I feel I have lost the daughter I knew. She wants nothing to do with us, even though we love her so much. My daughter has isolated us because we have tried to help her, and she can't even understand herself or the stress and heart break in our family. I read my daughter's journal every day, and I see that she is torn and broken. Reading this just breaks my heart.

I also fear my 9-year-old son will be affected by this experience. I don't know the extent of the damage that is being done by his contact with his sister. However, it concerns me that my daughter is in constant emotional distress, and has thoughts about suicide. She has even told her 9 year old brother she was going to kill herself. Now I fear that I could lose both my children.

Since our family has been victimized, I have had to quit my job as a teacher's aide as my daughter requires constant care and supervision. This has caused a financial burden for the family. The investigation of this crime also made it impossible for me to complete my teaching license requirements, even though I already expended the time and money to travel to in order to complete my certification. When I heard about the crime, I was forced to cancel my teaching exam and rush home to support my daughter. Our family investment (in fees, air, travel, and lodging) was wasted, and I've lost the opportunity to provide a better life for my family. My husband's retirement was also delayed, and we are both struggling to put our family back together.

Now I can't leave my daughter at the house by herself, or leave her alone with her 9 year old brother. I can't sleep most nights without nightmares of how this could have ever occurred in my family. Every day I have a hard time holding back crying in front of my family, and I constantly think: how could this happen to us? I feel as if I failed as a mother to protect my children. My close friends know there is something wrong with me when they just see me as I am never happy anymore. It is just hard to live day-to-day knowing that my daughter wants

nothing to do with her family anymore. Since this happened, I don't have much of a relationship with my family back in the states because I know they will know something is wrong with me, and this isn't something you want everyone knowing this happened to your own child.

Every day I wish this would all go away and just be a horrible nightmare. I have a hard time trusting people now. The worst part is that this terrible crime can continue to haunt my daughter for the rest of her life.

I, ███████, voluntarily submit this victim impact statement on **9 May 2015**.

Trying to put my feelings to words that I know I cannot ever express all of my anger, hurt and the humiliation that my child has had to endure is one of the hardest things I have had to do. Let's start by saying my children are my life and what affects them affects me.

I wish I could be here to read this to you, Desiree Bolyard, I chose it is better for me to stay with my kids. I decided I can put a better use of my families' limited resources, as we continue to try to move on from this horrible incident in our lives.

I do not know if you are even able to understand what you have done to my daughter and our family, and how this will affect her life and our whole family's life. What kind of a person manipulates a young girl's mind to groom her to become someone she isn't? You have taken my daughter's innocence away from her. The damage to our family has already been done. Now we will have to live with the heartache that you Desiree Bolyard have caused for our family.

As a parent you want to ensure and tell your child that they will be safe; and because of you Desiree Bolyard, I have lied to my daughter. You have broken an ultimate trust between a mother and a child. I feel that I have failed my daughter as a parent and a friend.

You have robbed my daughter of her adolescent years of her life as you took advantage of her at a time of her life she was most vulnerable. Because of you Desiree Bolyard my daughter is missing out on the experiences of school friends, boyfriends, dances and activities. My daughter has been groomed by you to believe there is no one that loves her as much as you. Because of this my daughter has a hard time keeping friends because she is very hard and gets mean with them. My daughter pushes all her friends away as she doesn't want to give anyone a chance to get close to her since you have convinced her you are going to divorce your husband, ███ Bolyard, and marry her.

My life has changed significantly since you hurt my girl. You put a strain on my marriage because we had to separate the family. I moved and the kids moving and left my husband behind to try to live a normal life without all the bad memories and rumors. Okinawa is a fish bowl once something bad happens the word gets around quick; this is too much for a teenager to have to deal with every day. We can't close the door to our bedroom as we have found out you have jumped in our daughter's bedroom's window at night and continually been talking to our daughter against our will.

You have made us continue to struggle rebuilding our family as you still insist you are going to contact my daughter to continue grooming her to the girl you want her to be. Even after separating our family you weren't happy, you still allowed my daughter to keep contact with you which was against our will. You are being selfish and not allowing her to grow into the beautiful girl she deserves to be.

You have taken the joy out of my children's life having the opportunity to have their mother and father around for them; as we are now not only living in two separate cities but two separate countries. Now my kids are without a father until his job moves him.

I will continue to have to hold my child while she suffers from what you Desiree Bolyard have done to her! Because of you she now has to undergo counseling as well as our entire family.

What kind of a person would act as they were my friend to get close intimately with my daughter? No one outside of my family understands how bad this has affected our family. How could you do this to an innocent child and why? I ask myself this over and over. You must be a very sick individual to have done these things. It is unbearable and a tragedy that something like this would happen to any child and family. I look at you and I see a person sitting there that shows no remorse for the evil things that you have done to my daughter. I just pray that you will never have another opportunity to ever be around kids again and that one day you get help so you realize the evil things that you have done. You need to ask God to forgive you and get the help you need.

So I want you to hear these words over and over: You Desiree Bolyard will have to face the consequences for hurting not only our family but your family.