IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:15-CR-00010-H

UNITED STATES OF AMERICA

vs.    **ORDER (SEALED)**

DESIREE BOLYARD,
        Defendant.

FOR GOOD CAUSE SHOWN, the defendant's Motion to Seal is allowed and the Clerk is directed to seal the Motion for Variance and the attachment of the defendant and Court's ruling regarding said motion except that the Clerk is authorized to provide a filed copy of the Motion for Variance, Motion to Seal and the Court's ruling on said motions to counsel for the defendant, counsel for the Government and Senior United States Probation Officer Richard Whitaker.

It is so ORDERED and DIRECTED, this the  3rd  day of June, 2015.

                          MALCOLM J. HOWARD
                          SENIOR UNITED STATES DISTRICT COURT JUDGE