IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:15-CR-00010-H

UNITED STATES OF AMERICA

vs.                                                    **ORDER**

DESIREE BOLYARD,
        Defendant.

FOR GOOD CAUSE SHOWN, the defendant's Motion to Seal is allowed and the Clerk is directed to seal the Sentencing Memorandum and attachments of the defendant except that the Clerk is authorized to provide a filed copy of the Sentencing Memorandum, attachments and Motion to Seal said memorandum to counsel for the defendant, counsel for the Government and Senior United States Probation Officer Richard Whitaker.

It is so ORDERED and DIRECTED, this the  3rd  day of June 2015.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT COURT JUDGE