IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.: 7:15-CR-10-001H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DESIREE BOLYARD, | ) |
| | ) WITHDRAWAL OF |
| Defendant, | ) WRIT OF GARNISHMENT |
| | ) |
| and | ) |
| | ) |
| USAA FEDERAL SAVINGS BANK, | ) |
| | ) |
| Garnishee. | ) |

On September 1, 2015, a Writ of Continuing Garnishment was issued in this case, based on an Application for Writ filed by the United States of America. The United States of America has now withdrawn its Application for Writ and requests that the Writ of Continuing Garnishment be withdrawn. The Writ of Continuing Garnishment filed in this matter is hereby withdrawn and is of no further legal consequence.

This 14th day of September, 2015.

JULIE RICHARDS JOHNSTON
Clerk, United States District Court

By: _____