UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA
POST OFFICE BOX 5006
GREENVILLE, NORTH CAROLINA 27835-5006

MALCOLM J. HOWARD
JUDGE

TELEPHONE: (252) 830-4976
FAX: (252) 830-0102

August 14, 2017

Mr. Desiree Bolyard
Reg. #59132-056
FCI WASECA
FEDERAL CORRECTION INSTITUTION
P.O. Box 1731
WASECA, MN 56093

Dear Mr. Bolyard:

    I am in receipt of your letter dated June 5, 2017, in which you request that I amend your judgment to allow you limited access to the internet during your incarceration. Under the circumstances, I cannot help you.

    I wish you good luck.

                                       Sincerely,

                                       MALCOLM J. HOWARD

SSW:cll

7:15-CR-10-1H